Rosa GREENBAUM, as Administratrix of the Estate of Arthur G. Greenbaum, Appellant, v. COLUMBIAN NATIONAL LIFE INSURANCE COMPANY OF BOSTON, MASS., Appellee.

No. 406.

Circuit Court of Appeals, Second Circuit.
May 7, 1934.

See, also, 62 F.(2d) 56.

J. J. & A. L. Weiss, of New York City (Alfred L. Weiss, of New York City, on the brief), for appellant.

Platt, Taylor & Walker, of New York City (Eli J. Blair, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed on authority of Steinberg v. N. Y. Life Insurance Co., 263 N. Y. 45, 188 N. E. 152.

---

R. L. HALL, Appellant, v. RICHFIELD OIL COMPANY OF CALIFORNIA, and Wm. C. McDuffie, as Receiver for RICHFIELD OIL COMPANY, Appellees.

No. 7481.

Circuit Court of Appeals, Ninth Circuit.
May 21, 1934.

James T. Boyle and Franklin W. Peck, both of Los Angeles, Cal., for appellant.

Gibson, Dunn & Crutcher, of Los Angeles, Cal., for appellees.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of parties, ordered appeal dismissed, without costs; mandate forthwith.

---

KENNETH HEATER, Appellant, v. UNITED STATES, Appellee.

No. 5404.

Circuit Court of Appeals, Third Circuit.
April 17, 1934.

Herman F. Reich, of Sunbury, Pa., for the United States.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

We have carefully considered the arguments of appellant in the above-entitled cause, but do not find any ground which justifies reversal. The order of the District Judge is accordingly affirmed.